**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**UNITED STATES OF AMERICA**

v.  CRIMINAL NO. 1:22-cr-70-SA-DAS-1

**JASPER MICHAEL WAGNER**

## ORDER SUBSTITUTING COUNSEL

The Federal Public Defender has moved for an order substituting counsel in the above-styled and numbered cause due to a potential conflict of interest. The Office of the Federal Public Defender contacted **Kelsey Dismukes** on **June 22, 2022,** who agreed to be appointed as counsel to represent this defendant in his cause to eliminate any possibility of a conflict of interest and **Kelsey Dismukes** agreed to be substituted as counsel for the defendant.

Therefore, IT IS HEREBY ORDERED AND ADJUDGED that:

The Office of the Federal Public Defender is hereby released from the obligation of the representation of this defendant and any other responsibilities concerning the above-styled and numbered cause and that **Kelsey Dismukes** hereby substituted as counsel of record for the defendant in this cause.

IT IS SO ORDERED this the 22nd day of June, 2022.

  /s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE